# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 9, 2015

## NO. 03-15-00129-CV

**Divina De Guzman Roche Fox, Appellant**

**v.**

**Kenneth Fox, Appellee**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the district court on January 26, 2015. Having reviewed the record, it appears to the Court that appellant has failed to prosecute her appeal by paying or making arrangements to pay for the clerk's record. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.